BOARD OF EDUCATION OF THE CITY OF ENGLEWOOD v.
ENGLEWOOD TEACHERS' ASSN.

January 30, 1973. Certification to Superior Court,
Chancery Division granted.

REV. WILLIAM MASON v. CITY OF PATERSON.

BOARD OF ALDERMEN OF THE CITY OF PATERSON v.
ARTHUR DWYER.

January 30, 1973. Certification to Superior Court Law
Division granted. (See 120 *N. J. Super.* 184)

HAROLD J. RUVOLDT v. JOSEPH M. NOLAN.

January 30, 1973. Certification to Superior Court,
Chancery Division granted.